Civil Action No. 4:24-cv-00127-BCW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company was received by me on *(date)* 02/27/24 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Joni Harding , who is designated by law to accept service of process on behalf of *(name of organization)* Mo Dept of Insurance, 301 W. High St., Room 530, Jefferson City, Mo 65101 on *(date)* 02/28/24 (2:18 pm) ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/28/24

DM Roberts
*Server's signature*

David M Roberts, Special Process Server
*Printed name and title*

620-B E. High St.
Jefferson City, Mo 65101
*Server's address*

Additional information regarding attempted service, etc: