State of Missouri

# Department of Commerce and Insurance

**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE
CSC-LAWYERS INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:** Court: United States Bankruptcy Western District, Case Number: 4:24-CV-00127-BCW

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Wednesday, February 28, 2024.

Chlora Lindley-Myers

Director of Commerce and Insurance

AFFIDAVIT

State of Missouri,

ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on Feb. 29, 2024
by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: Toni Harding

Subscribed and sworn to before me this 29 day of Feb, 2024

Kimberly Landers

Notary Public

My commission expires:

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

KIMBERLY LANDERS
My Commission Expires
May 18, 2024
Callaway County
Commission #12558402

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINCOLN NATIONAL LIFE
INSURANCE COMPANY, THE
CSC-LAWYERS
INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

9590 9402 8149 3030 7138 29

2. Article Number *(Transfer from service label)*

7021 2720 0002 7834 6070

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3-1-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
/ail
/ail Restricted Delivery
)0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

MISSOURI DEPARTMENT OF COMMERCE AND INSURANCE
P O BOX 690
JEFFERSON CITY MO 65102-0690

MO 375-0613 (9-20)

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOW
ZIP 65109 $ 000.5
02 4W
0000380615 MAR 07 20

RECEIVED
2024 MAR 11 PM 1:23
CLERK U.S. [illegible] COURT
WEST DIST. OF MO
KANSAS CITY, MO

United States Bankruptcy
Western District
400 E. 9th St. Room 1510
Kansas City, MO 64106

SCREENED BY
U.S. MARSHALS

BB1JS5F 64106