**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY KING,** | **)** | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:2024-cv-00127-BCW |
| | ) | |
| **LINCOLN NATIONAL LIFE** | **)** | |
| **INSURANCE COMPANY,** | **)** | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Dan S. Folluo, hereby enters his appearance on behalf of Defendant, Lincoln National Life Insurance Company.

Respectfully submitted,

By: *~~/s/ Dan S. Folluo~~*

Dan S. Folluo, MOBAR #66582
dfolluo@rhodesokla.com
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
(918) 582-1173; (918) 592-3390 [fax]

ATTORNEY FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 21st day of March, 2024, to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Derrick A. Pearce | dpearce@burnettdriskill.com |
| Kyle H. Sciolaro | ksciolaro@burnettdriskill.com |

*Attorneys for Plaintiff*

*/s/ Dan S. Folluo*
Dan S. Folluo